# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Patrick Ricardo Smith ,

        Plaintiff(s),                     JUDGMENT IN A CIVIL CASE

vs.                                        3:10-cv-542

State of NC ,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 5, 2012 Order.

Signed: March 5, 2012

Frank G. Johns, Clerk
United States District Court